# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUENGA M. HAKEEM on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSDEV SERVICES, INC.; TRANSDEV NORTH AMERICA, INC.; TRANSDEV; TRANSDEV, INC.; and DOES 1-100,<br><br>Defendants. | Case No. 3:19-cv-02161-VC<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING 1) NOTICE OF ORDER GRANTING CLASS CERTIFICATION; AND 2) MOTION FOR SUMMARY JUDGMENT/PARTIAL SUMMARY JUDGMENT BRIEFING SCHEDULE |

The Court, having considered the parties' Joint Stipulation Regarding 1) Notice of Order Granting Class Certification; and 2) Motion for Summary Judgment/Partial Summary Judgment Briefing Schedule, hereby ORDERS as follows:

1. That the Parties' proposed Notice of Class Certification attached as **Exhibit 1** to the Parties' Joint Stipulation is hereby approved. The Notice shall be disseminated to class members and class members shall have 30 days from the mailing date of the Notice to exclude themselves from the Class.

2. Defendant's deadline to file a Motion for Summary Judgment/Partial Summary Judgment is January 7, 2021.

3. Plaintiff's deadline to file an Opposition to Defendant's Motion for Summary Judgment/Partial Summary Judgment is February 11, 2021.

4. Defendant's deadline to file a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment/Partial Summary Judgment is March 4, 2021.

[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING 1) NOTICE OF ORDER GRANTING CLASS CERTIFICATION; AND 2) MOTION FOR SUMMARY JUDGMENT/PARTIAL SUMMARY JUDGMENT BRIEFING SCHEDULE

1

1    5.    That the hearing on Defendant's Motion for Summary Judgment/Partial Summary
2 Judgment is set for  March 25, 2021         .

3    **IT IS SO ORDERED.**

5 Dated:  September 1, 2020           By: _____
                                           *APPROVED — Judge Vince Chhabria*
                                           United States District Court Judge