UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUENGA M HAKEEM,<br><br>            Plaintiff,<br><br>      v.<br><br>TRANSDEV SERVICES, INC., et al.,<br><br>            Defendants. | Case No.  19-cv-02161-VC |
| JENNIFER RICHARDS,<br><br>            Plaintiff,<br><br>      v.<br><br>TRANSDEV BUS ON DEMAND, LLC, et al.,<br><br>            Defendants. | Case No.  20-cv-06425-WHA   (VC)<br><br>**ORDER SETTING CMC** |

A case management conference is scheduled in the above cases at 2 p.m. on November 10, 2020 via zoom. At the case management conference, the parties should be prepared to discuss whether the Richards case should be stayed pending the outcome of the Hakeem case.

A joint case management statement is due 7 days before the case management conference.

**IT IS SO ORDERED.**

Dated: October 21, 2020

VINCE CHHABRIA
United States District Judge