UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER RICHARDS,<br><br>        Plaintiff,<br><br>    v.<br><br>TRANSDEV BUS ON DEMAND, LLC, et al.,<br><br>        Defendants. | Case No. 20-cv-06425-VC<br><br>**ORDER RE CASE SCHEDULE**<br><br>Re: Dkt. No. 24 |

The Court adopts the following case schedule, as stipulated by the parties:

- Deadline to conduct Rule 26(f) conference: December 11, 2020
- Initial disclosure deadline: December 23, 2020
- Motion for class certification: April 1, 2021
- Opposition to motion for class certification: May 6, 2021
- Reply to opposition to motion for class certification: May 20, 2021
- Hearing on the motion for class certification: June 3, 2021
- Discovery cut-off: October 1, 2021
- Expert Disclosure including expert reports required by Fed. R. Civ. P. 26(a)(2)(B): October 22, 2021
- Rebuttal Experts, authorized by Rule 26(a)(2)(C)(ii): November 12, 2021
- Expert Depositions: December 22, 2021
- Pretrial Disclosures: January 5, 2022
- Final Pretrial Conference: January 24, 2022
- Trial Date: February 7, 2022, nonjury trial.

A further case management conference is set for Tuesday, February 16 at 2 p.m. A joint case management statement is due by Tuesday, February 9.

**IT IS SO ORDERED.**

Dated: December 3, 2020

                                            VINCE CHHABRIA
                                            United States District Judge