UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUENGA M. HAKEEM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRANSDEV SERVICES, INC., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-01077-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Vince Chhabria for consideration of whether the case is related to *Hakeem v. Transdev Services, Inc.,* 19-cv-02161-VC.

**IT IS SO ORDERED.**

Dated: February 24, 2021



JON S. TIGAR
United States District Judge