UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUENGA M HAKEEM,<br><br>        Plaintiff,<br><br>    v.<br><br>TRANSDEV SERVICES, INC., et al.,<br><br>        Defendants. | Case No. 19-cv-02161-VC<br><br>**ORDER RE SUMMARY JUDGMENT HEARING** |

At the hearing on Thursday, the parties should be prepared to discuss the implications of the plaintiff submitting declarations from undisclosed witnesses to oppose the defendant's summary judgment motion. Specifically, would it be unfair to enter summary judgment against the entire class based on the failure of class counsel to produce these witnesses before the close of discovery? If so, how should the Court proceed (should it decertify the class, seek an alternative class representative, etc.)?

**IT IS SO ORDERED.**

Dated: March 23, 2021

VINCE CHHABRIA
United States District Judge