UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUENGA M HAKEEM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRANSDEV SERVICES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-02161-VC<br><br>**ORDER RE PENDING SUMMARY JUDGMENT MOTION AND UPCOMING CMC** |

　　　　The Court has determined that it would be unfair to grant the defendants' summary judgment motion against the certified class on the pre-employment drug test claim without considering the Coleman declaration. The question is now how this case should proceed. The parties should be prepared to discuss this issue at the Further Case Management Conference on April 21, including as it relates to whether discovery should be reopened to allow the defendants to depose just Coleman, or whether it should be reopened more broadly; whether the pending summary judgment motion should be held under consideration, or denied without prejudice to refiling it after completion of further discovery; and what should happen to the blended paycheck claim in the meantime. The parties should file a joint case management statement by April 14 discussing these and any other issues they wish to address; they need not follow the format prescribed by the local rules.

　　　　**IT IS SO ORDERED.**

Dated: April 9, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge