1   JOSEPH LAVI State Bar No.: 209776
jlavi@lelawfirm.com
VINCENT GRANBERRY State Bar No.: 276483

2   vgranberry@lelawfirm.com
POOJA V. PATEL State Bar No.: 317891

3   ppatel@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**

4   8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211

5   Tel: (310) 432-0000 / Fax: (310) 432-0001

6   SAHAG MAJARIAN II State Bar No.: 146621
sahagii@aol.com

7   **LAW OFFICES OF SAHAG MAJARIAN II**
18250 Ventura Boulevard

8   Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892

9

10  KARLA GILBRIDE State Bar No.: 264118
kgilbride@publicjustice.net

11  **PUBLIC JUSTICE**
1620 L ST. NW, Suite 630
Washington, DC 20036

12  Tel.: (202) 797-8600 / Fax: (202) 232-7203

13  Attorneys for Plaintiff CHAUENGA M. HAKEEM
on behalf of herself and others similarly situated.

14

15              **UNITED STATES DISTRICT COURT**

16             **NORTHERN DISTRICT OF CALIFORNIA**

17

18  CHAUENGA M. HAKEEM on behalf of herself      Case No.: 3:19-cv-02161-VC
and others similarly situated,

19                                              **NOTICE OF MOTION AND MOTION**
            Plaintiff,                          **FOR FINAL APPROVAL OF CLASS**
                                                **ACTION          SETTLEMENT,**
20          vs.                                 **ENHANCEMENT     AWARD,    AND**
                                                **ATTORNEYS' FEES AND COSTS**
21  TRANSDEV SERVICES, INC.; TRANSDEV
NORTH AMERICA, INC.; TRANSDEV;                  **Date**:        May 12, 2022
22  TRANSDEV, INC.; and DOES 1-100,             **Time**:        10:00 a.m.
                                                **Courtroom**:   4
23  Defendants..
                                                Before Hon. Vince Chhabria, United States
24                                              District Judge

25

26

27

28

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff Chauenga M. Hakeem ("Plaintiff") hereby gives Notice that on Thursday, May 12, 2022, at 10:00 a.m., in Courtroom 4 of the United States Courthouse located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiff will move for the first time, and hereby does move the Court to enter the concurrently filed [Proposed] Judgment and Order granting final approval of the class action settlement seeking the following:

(1) Granting final approval of the class action settlement;

(2) Certifying the proposed Class for settlement purposes only;

(3) Appointing Joseph Lavi, Vincent Granberry, and Pooja Patel of Lavi & Ebrahimian, LLP; Sahag Majarian II or Law Offices of Sahag Marjarian II; and Karle Gilbride of Public Justice as Class Counsel, and Plaintiff Chauenga M. Hakeem as Class Representative for settlement purposes only;

(4) Approving the settlement as fair, adequate, and reasonable, based upon the terms as set forth in the court-approved Joint Stipulation and Settlement Agreement including payment by Defendants of the maximum settlement payment of $450,000, equal to the amount owed to pay (1) the Class Members pursuant to the terms of the settlement; (2) the court-approved attorneys' fees and costs; (3) the court-approved class representative enhancement, and (4) the court-approved settlement administration costs; and

(5) Approving Plaintiff's Counsel's request for $16,000 in attorneys' fees plus reimbursement of litigation costs of $17,227.05;

(6) Approving an enhancement of $2,500 to Plaintiff in recognition of her service to the Class Members;

(7) Approving settlement administration costs of $21,500;

/ / /

/ / /

/ / /

/ / /

/ / /

1    The motion is based on this Notice and Motion, the Memorandum of Points and Authorities,

2  Declarations of Vincent C Granberry, Sahag Majarian II, Karla Gilbride, and Christina Fowler,

3  exhibits, all other pleadings and papers on file in this action, and any oral argument or other matter

4  that may be considered by the Court.

5

6  Dated: April 7, 2022                         Respectfully submitted,
                                                **LAVI & EBRAHIMIAN, LLP**
7                                               **LAW OFFICES OF SAHAG MAJARIAN II**
                                                **PUBLIC JUSTICE**
8

9                                               By: */s/ Pooja V Patel*
                                                    Joseph Lavi, Esq.
10                                                   Vincent Granberry, Esq.
                                                     Pooja Patel, Esq.
11                                                   Sahag Majarian II, Esq.
                                                     Karla Gilbride, Esq.
12                                                   Attorneys for PLAINTIFF
                                                     CHAUENGA   HAKEEM   and   Other   Class
13                                                   Members

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28